### Exhibit A to the Complaint

**Location:** New York, NY  **IP Address:** 72.89.98.16
**Total Works Infringed:** 25  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | BAADF217A7AA832D1E183F5B873C424426055FC3 | 03/03/2025 05:36:35 | Vixen | 11/22/2024 | 12/13/2024 | PA0002506262 |
| 2 | E42CD2E80850C8D174F5036EF9B10974E3D96810 | 03/03/2025 05:14:14 | Blacked Raw | 03/18/2024 | 04/10/2024 | PA0002464922 |
| 3 | 2D082B7E0B54723DC76CBE4C2050829C902E64BD | 03/03/2025 05:06:59 | TushyRaw | 07/23/2024 | 08/15/2024 | PA0002484859 |
| 4 | 80FAC60CC7F6FB91205A5D103A477F7D99172B90 | 12/10/2024 06:02:00 | Tushy | 05/19/2024 | 06/19/2024 | PA0002476872 |
| 5 | CB2711BAAE98DA8F99E55574E0E8C7A77DAAFD89 | 12/10/2024 05:41:59 | Tushy | 08/25/2024 | 09/18/2024 | PA0002490453 |
| 6 | 41992371502a7037cce07dd788ac70dc69df2a35 | 10/16/2024 14:48:15 | Blacked | 10/15/2024 | 11/18/2024 | PA0002500969 |
| 7 | 51e9f1174f5bd7197b8ffa4d2f8ea8171a6e7a80 | 10/13/2024 13:10:37 | Blacked | 03/14/2024 | 04/10/2024 | PA0002464915 |
| 8 | bd7da0c9958df47706010fdae12fe6ab12773e5f | 10/11/2024 01:47:31 | TushyRaw | 06/14/2023 | 07/13/2023 | PA0002420358 |
| 9 | dee4eadaea082046b6d6d3e9d7df1af8e3286304 | 10/08/2024 04:36:33 | Blacked Raw | 02/08/2023 | 03/06/2023 | PA0002399990 |
| 10 | 16346000e4a519f8b6aa8ce045a0a74111be686d | 09/28/2024 20:19:19 | Blacked Raw | 04/09/2023 | 05/14/2023 | PA0002411278 |
| 11 | eb0661bf08e74c60209773038804f4dfba4dbf2d | 09/10/2024 04:06:57 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 12 | 7bd91c90fde3ddd6adf6419bf538443b9f25e870 | 09/09/2024 01:30:02 | Slayed | 12/12/2023 | 01/16/2024 | PA0002453479 |
| 13 | ec1428e89cae8dd48ce8238ed3eb896f5d930ba0 | 09/08/2024 02:44:19 | TushyRaw | 03/19/2024 | 04/12/2024 | PA0002465215 |
| 14 | db72527ba7876c939959a8bd58743394564900cb | 08/11/2024 00:47:47 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |
| 15 | ab4e4bbc4445b016bb9e68cead5fedbcf34c52ad | 08/05/2024 16:03:33 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |
| 16 | 9977dfe7c88102be41cf2abe650065a9a03f307d | 08/05/2024 09:25:13 | Blacked | 01/06/2024 | 01/16/2024 | PA0002449249 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 0d3d4d3453de47073f90a7f0b003df775cea8035 | 08/05/2024 06:49:40 | Tushy | 01/21/2024 | 02/13/2024 | PA0002454783 |
| 18 | 9478d28414115071369dbc0b8c56e05117773536 | 08/04/2024 18:46:38 | TushyRaw | 02/20/2024 | 03/12/2024 | PA0002459338 |
| 19 | d21ff692e96e967d30c7f53fc3a4156a4abf3e16 | 08/04/2024 18:32:04 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 20 | 4c9dca78aacfa761a4b77edd9d7feceacf262f15 | 08/04/2024 16:46:22 | Tushy | 06/30/2024 | 07/15/2024 | PA0002480674 |
| 21 | 7b602feb6f20d165fe590a577e23440b17a679e4 | 08/01/2024 13:15:01 | Blacked Raw | 06/03/2024 | 06/18/2024 | PA0002476883 |
| 22 | d40146573f05414be88ef1a09bbd31708cfa2504 | 07/27/2024 20:09:50 | Vixen | 08/18/2023 | 09/18/2023 | PA0002431080 |
| 23 | fd5b44d69a16e954303e986c193414d676967757 | 07/26/2024 15:31:19 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 24 | fad2fbf47a0377cba50150aa5272396744d2b4ac | 07/25/2024 23:14:09 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 25 | f9b913bbf4d244ac10aef86f479eb91b2e4d7bd4 | 07/19/2024 06:41:51 | Blacked Raw | 05/24/2023 | 06/09/2023 | PA0002415389 |